FILED
 2011 Jan-04  PM 01:32
 U.S. DISTRICT COURT
    N.D. OF ALABAMA

```
        IN THE UNITED STATES DISTRICT COURT
       FOR THE NORTHERN DISTRICT OF ALABAMA
                 SOUTHERN DIVISION
```

REGINALD M. ROWSER, JR.,       }
                               }
   Plaintiff,                  }
                               }        CIVIL ACTION NO.
v.                             }        10-AR-2534-S
                               }
UNITED  STUDENT  AID  FUNDS,   }
INC., et al.,                  }
                               }
   Defendants.                 }

## ORDER

Pursuant to the joint stipulation of dismissal filed on January 4, 2011, by plaintiff, and defendants, the above-entitled action is hereby DISMISSED WITHOUT PREJUDICE.

The parties shall bear their own respective costs.

DONE this 4th day of January, 2011.

_____
WILLIAM M. ACKER, JR.
UNITED STATES DISTRICT JUDGE